BONNIE E. ESKENAZI (SBN 119401)
AARON J. MOSS (SBN 190625)
ANDREW R. FISCHEL (SBN 232304)
GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687
beskenazi@ggfirm.com
amoss@ggfirm.com
afischel@ggfirm.com

Attorneys for Plaintiff
Classic Media, Inc.

FILED
CLERK, U.S DISTRICT COURT
FEB 16 2006
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLASSIC MEDIA, INC. <br><br> Plaintiff, <br><br> vs. <br><br> WINIFRED KNIGHT MEWBORN and DOES 1 through 10, inclusive <br><br> Defendants. | Case No. ED CV 05-0452 RGK (SGLx) <br><br> Hon. R. Gary Klausner <br><br> [~~PROPOSED~~] FINAL JUDGMENT <br><br> Action Filed: May 27, 2005 <br> Trial Date: March 21, 2006 |
| WINIFRED KNIGHT MEWBORN and DOES 1 through 10, inclusive, <br><br> Counterclaimant, <br><br> v. <br><br> CLASSIC MEDIA, INC., <br><br> Counterclaim Defendants. | ENTERED <br> CLERK, U.S. DISTRICT COURT <br><br> FEB 21 2006 <br><br> CENTRAL DISTRICT OF CALIFORNIA <br> BY        DEPUTY |

1521804.1
14660-00004

The Court, having considered Plaintiff and Counterclaim Defendant Classic Media, Inc.'s ("Classic") Motion for Summary Judgment, Defendant and Counterclaimant Winifred Knight Mewborn's ("Mewborn") Motion For Partial Summary Adjudication, together with all respective responses thereto, and having previously considered Classic's Motion To Dismiss First Amended Counterclaim of Winifred Knight Mewborn, together with Mewborn's response thereto, and having issued two respective orders thereon: (1) an Order dated February 9, 2006 granting Classic's Motion for Summary Judgment and denying Mewborn's Motion For Partial Summary Adjudication, and (2) an Order dated September 28, 2005 granting Classic's Motion To Dismiss with prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment is granted in favor of plaintiff and counterclaim defendant Classic Media, Inc. ("Classic") and against defendant and counterclaimant Winifred Knight Mewborn as follows:

   a. As to Classic's Complaint and as to Mewborn's First and Second Claims For Relief in the First Amended Counterclaim, the Court declares: (1) Mewborn has no ownership or other interest, legal or equitable, in any of the rights in the short story and novel "Lassie Come Home" (the "Lassie Works") that she transferred under her July 14, 1976 and March 16, 1978 assignments to ~~Classic's predecessor-in-interest~~ Lassie Television, Inc.; and (2) the termination notice Mewborn served ~~on Classic's predecessor-in-interest~~ on or about April 12, 1996 (the "Termination Notice") has no force or effect, and accordingly, Mewborn has not recaptured any rights, title or interest in the Lassie Works as a result of having served the Termination Notice;

   b. As to Mewborn's Third Claim For Relief for an Accounting for Profits, Classic does not owe Mewborn an accounting for any profit from any form of exploitation, use or derivation of the Lassie Works, including without limitation

1 the Lassie character, or any works related in any manner thereto, based on any of
2 the rights Mewborn previously assigned to ~~Classic's predecessor in interest~~ Lassie Television, Inc.; and

       c.    Mewborn's Fourth Claim For Relief for Violation of the Lanham Act is dismissed with prejudice.

    2.    Classic is the prevailing party on its Complaint and on Mewborn's First Amended Counterclaim. Costs are to be awarded by application to the Clerk of the Court. ~~Pursuant to a separately-filed Application To Tax Costs, Classic is entitled to its costs of suit incurred herein in the amount of $_____;~~

    3.    Any request for attorney's fees will be separately considered upon a properly noticed motion. ~~Pursuant to a separately-filed Motion For Attorneys' Fees, Classic is entitled to an award of attorneys' fees from Mewborn in the amount of $_____, pursuant to Section 505 of the United States Copyright Act (17 U.S.C. § 505)~~; and

    4.    The Clerk is ordered to enter this judgment forthwith.

DATED: FEB 16 2006

                                Gary Klausner
                                Honorable R. Gary Klausner
                                United States District Judge

Submitted By:

GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP

By _____
    Bonnie E. Eskenazi
    Attorneys for Plaintiff
    Classic Media, Inc.

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1521804.1
14660-00004

# PROOF OF SERVICE
## CCP §1011, CCP §1013a(3)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, Suite 2100, Los Angeles, California 90067-4590.

On February 15, 2006, I served the foregoing document described as **[PROPOSED] FINAL JUDGMENT** on the interested parties in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☒ by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Marc Toberoff, Esq.
Law Offices of Marc Toberoff
1999 Avenue of the Stars, Suite 1540
Los Angeles, CA 90067

**BY FACSIMILE AND U.S. MAIL:**

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on February 15, 2006, at Los Angeles, California.

**BY PERSONAL SERVICE:**

☒ I caused such envelope to be delivered by hand to the offices of the addressee.

Executed on February 15, 2006, at Los Angeles, California.

☒ (Fed) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Maureen J. Madormo

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1499674.1
14660-00004